IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE C. TRENTADUE,<br><br>    Plaintiff,<br><br>vs.<br><br>INTEGRITY COMMITTEE, a subdivision of the President's Council on Integrity and Efficiency,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION TO STRIKE STATUS CONFERENCE<br><br><br><br>Case No. 2:03-CV-339 TS |

      On September 7, 2007, the Tenth Circuit issued an order reversing in part and remanding for further proceedings.  The Court scheduled a status conference for November 6, 2007.  Defendant thereafter filed a petition for rehearing en banc with the Tenth Circuit on October 19, 2007.  As a result of the petition for rehearing, the Tenth Circuit has not yet issued a mandate.  Defendant requests that the Court strike the November 6, 2007 hearing or hold it in abeyance until the Tenth Circuit issues the mandate.  Plaintiff does not oppose the Motion to Strike, but suggests that Defendant be ordered to produce the documents at issue within ten days of the issuance of the mandate by the Tenth Circuit.  If Defendant fails to do so, Plaintiff suggests the Court hold an expedited hearing concerning the production of the documents.

1

It is therefore

ORDERED that Defendant's Motion to Strike Status Conference (Docket No. 107) is GRANTED. The November 6, 2007 hearing is STRICKEN. It is further

ORDERED that the parties inform the Court within five (5) days of any action taken by the Tenth Circuit. If the petition for rehearing en banc is denied, the Court encourages the parties to confer concerning the production of the documents as outlined by the Tenth Circuit. If necessary, the Court will hold a hearing concerning the production of the documents.

SO ORDERED.

DATED   October 30, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge